PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA 94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela.price@pypesq.com

SIMONA A. FARRISE, LL.M (STATE BAR NO. 171708)
FARRISE FIRM, P.C.
225 S. Olive Street, Suite 102
Los Angeles, CA 90064
Telephone: (310) 424-3355
Facsimile: (510) 588-4536
E-mail: sfarriselaw@farriselaw.com

SHARON J. ARKIN (STATE BAR NO. 154858)
THE ARKIN LAW FIRM
333 S. Grand Avenue 25th Floor
Los Angeles, CA 90071
Telephone: (541) 469-2892
Facsimile: (866) 571-5676
E-mail: sarkin@arkinlawfirm.com

Attorneys for Plaintiff
PAULINA KANBAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINA KANBAR, Individually and On Behalf of All Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>O'MELVENY & MYERS, and DOES 1 - 15, INCLUSIVE,<br><br>Defendants. | NO. C11-00892 EMC<br><br>**PLAINTIFF'S EX PARTE APPLICATION AND DECLARATION FOR ORDER ENLARGING CASE MANAGEMENT DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>DATE: May 20, 2011 |

I, PAMELA Y. PRICE, hereby apply on behalf of Plaintiff PAULINA KANBAR, (hereinafter "Ms. Kanbar") for an Order, pursuant to Civil L.R. 7-10, enlarging the Case Management deadlines and continuing the Case Management Conference for a brief period of time

to allow Defendant an opportunity to answer the complaint and for counsel to meet and confer regarding Initial Disclosures, ADR and a joint Case Management Statement.

Dated: May 20, 2011                                    PRICE AND ASSOCIATES

                                                   /s/ *Pamela Y. Price*
                                        PAMELA Y. PRICE, Attorneys for Plaintiff
                                        PAULINA KANBAR

## **DECLARATION OF PAMELA Y. PRICE**

I, PAMELA Y. PRICE, hereby declare:

1.    I am an attorney duly licensed to practice law in the State of California, and the lead attorney of record for Plaintiff PAULINA KANBAR. I make this Declaration on personal knowledge in support of Ms. Kanbar's Ex Parte Application for Order Enlarging Case Management Deadlines and Continuing the Initial Case Management Conference.

2.    The Complaint in this action was filed on February 24, 2011. Ms. Kanbar is a legal secretary who worked for OMM from May 2006 until she was fired in March 2009. She received great performance reviews until she complained about an attorney who seemed fixated on her breasts. She also noticed that he acted "weird" around other women. She reported his conduct to her supervisor who blew her off at first, and then retaliated against her when Ms. Kanbar continued to complain about the lawyer. Ms. Kanbar received a bad review which made her eligible for layoff. After she was fired, she got a lawyer and presented a claim for wrongful termination, sexual harassment and retaliation against OMM.

3.    OMM's response was to assert the Dispute Resolution Program (DRP) which Ms. Kanbar was required to sign as a condition of her employment. The DRP requires a claimant to go first to mediation and then arbitration. All rights to a jury trial were allegedly waived. In May 2007, however, the Ninth Circuit ruled that the very same DRP was unconscionable, void and unenforceable. (*Davis v. O'Melveny & Myers*, 485 F.3d 1066 (9th Cir. 2007).) OMM filed a Petition for Writ of Certiorari in the U.S. Supreme Court and later dismissed the appeal via stipulation. OMM never shared the *Davis* decision with its employees and concealed the decision from Ms. Kanbar from August 2009 to December 2010. As a consequence, Ms. Kanbar complied

with all of the Defendant's requirements and delayed bringing her claims against OMM.

4.  Ms. Kanbar brought this action on behalf of herself and a class of similarly-situated adversely affected employees to establish the unenforceability of the DRP and stop Defendant OMM from imposing it upon its employees and to recover damages for her claims for fraud, wrongful termination, sex discrimination and retaliation.

5.  The Order Setting Initial Case Management Conference and ADR Deadlines filed on February 24, 2011 set May 18, 2011 as the last day for counsel for the parties to meet and confer regarding Initial Disclosures, early settlement, ADR process selection, and a discovery plan, as well as file a Joint ADR certification.  The Initial Case Management Conference is currently set for **June 8, 2011**.

6.  Ms. Kanbar respectfully requests an Order enlarging the Case Management deadlines and continuing the Case Management Conference to July 13, 2011.  Ms. Kanbar has recently served the Complaint, and the time for Defendant OMM to respond does not expire until June 7, 2011.  Although Ms. Kanbar has consented to the exercise of jurisdiction by the magistrate judge, Defendant may take a different position.

7.  Good cause exists for this request in that counsel for the parties cannot meet and confer until Defendant OMM has presented its response to the Complaint and the case cannot proceed until Defendant OMM consents to the jurisdiction of the assigned magistrate judge.  Once Defendant OMM has responded to the Complaint, the parties will be in a position to meet and confer and prepare for the initial Case Management Conference.

8.  Granting this Application will affect this Court's Initial Case Management Scheduling Order although it should not result in any significant delay in the proceedings.  Good cause exists for this Application, as granting the Application will serve judicial economy by allowing Defendant OMM to respond to the Complaint and counsel for all parties to meet and confer prior to the filing of a joint Case Management Conference Statement.

9.  There have been no previous requests for continuance of the Case Management deadlines or the initial Case Management Conference.

///

1  I declare under penalty of perjury under the laws of the State of California and the
2  United States that the foregoing is true and correct. If called as a witness in this matter, I could and
3  would testify competently to the facts stated herein.
4  Executed this 20th day of May 2011, at Oakland, California.

6  /s/ *Pamela Y. Price*
   PAMELA Y. PRICE, Declarant