# Exhibit D

Arbitration Matter between:

Paulina Kanbar,
        Claimaint,
    v.

O'Melveny & Myers LLP
        Respondent.

Reference Number:

# STIPULATION FOR ARBITRATION AND SELECTION OF ARBITRATOR

It is stipulated and agreed by the Parties to submit all disputes, claims or controversies to neutral, binding arbitration at JAMS, pursuant to the JAMS Arbitration Administrative Policies and, unless otherwise agreed in writing by the parties, to the applicable JAMS Arbitration Rules and Procedures.

The Parties hereby agree to give up any rights they might possess to have this matter litigated in a court or jury trial.

Parties agree that the Honorable Walter P. Capaccioli (Retired) shall serve as Arbitrator in this matter and that no party may have *ex-parte* communications with the Arbitrator. Any necessary communication with the Arbitrator must be initiated through the case manager. Parties agree that service of all documents shall be made by regular U.S. mail or overnight mail.

BY: _____
Sarah A. Stofferahn
Attorney for Respondent
O'Melveny & Myers LLP

DATE: 7/14/2010

BY: _____
Pamela Y. Price
Attorney for Claimant Paulina Kanbar

DATE: 7/27/10