1 | PAUL W. CANE, JR. (SB# 100458)
paulcane@paulhastings.com
2 | KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuibonhoa@paulhastings.com
3 | Y. ANGELA LAM (SB# 268718)
angelalam@paulhastings.com
4 | PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
5 | Twenty-Fourth Floor
San Francisco, CA 94105-3441
6 | Telephone: (415) 856-7000
Facsimile: (415) 856-7100
7 |
Attorneys for Defendant
8 | O'MELVENY & MYERS LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINA KANBAR, Individually and On Behalf of All Persons Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>O'MELVENY & MYERS, and DOES 1-15, Inclusive,<br><br>Defendants. | Case No. 3:11-CV-00892-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OMM'S MOTION TO COMPEL ARBITRATION AND STAY THIS ACTION**<br><br>Date: July 15, 2011<br>Time: 1:30 p.m.<br>Courtroom: C, 15th Floor<br>Judge: Hon. Edward M. Chen |

1       On July 15, 2011 at 1:30 p.m., Defendant O'Melveny & Myers LLP's ("OMM") motion to compel arbitration and dismiss or stay all proceedings came on for hearing. OMM was represented by Katherine C. Huibonhoa of Paul, Hastings, Janofsky & Walker LLP. Kanbar was represented by Pamela Y. Price of Price & Associates.

      After consideration of all papers submitted by the parties, and good cause having been shown, IT IS HEREBY ORDERED THAT:

      OMM's motion is granted. Plaintiff Paulina Kanbar validly agreed to arbitrate any disputes arising under or related to her employment with OMM, including those alleged in the Complaint. Therefore, plaintiff must arbitrate her individual claims against OMM. The Court hereby issues an order requiring plaintiff to arbitrate her individual claims at JAMS, as the parties previously agreed, and staying this action pending the completion of that arbitration.

DATED: _____, 2011

                                    Hon. Edward M. Chen
                                    United States District Judge