PAUL W. CANE, JR. (SB# 100458)
paulcane@paulhastings.com
KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuibonhoa@paulhastings.com
Y. ANGELA LAM (SB# 268718)
angelalam@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
O'MELVENY & MYERS LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINA KANBAR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>O'MELVENY & MYERS, and DOES 1-15, Inclusive,<br><br>Defendants. | CASE NO. 3:11-CV-00892-EMC<br><br>**DEFENDANT O'MELVENY & MYERS LLP'S MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT**<br><br>[PR~~O~~POSED] ORDER |

1   IT IS HEREBY REQUESTED by defendant O'Melveny & Myers LLP ("OMM"),
2   through its respective undersigned counsel of record, that the deadline for filing a response to
3   Plaintiff Paulina Kanbar's ("Plaintiff") Complaint be extended from June 9, 2011 to fourteen (14)
4   days after the issuance of an order on OMM's Motion to Compel Arbitration and Stay This
5   Action.
6   This motion is made pursuant to Civil Local Rule 6-3 and Federal Rule of Civil
7   Procedure 6(b)(1) on the grounds that OMM has filed, concurrently with this motion, a Motion to
8   Compel Arbitration and Stay This Action. OMM intends to focus its efforts on the Motion to
9   Compel Arbitration and will be unduly prejudiced if the filing deadline for OMM's response to
10  Plaintiff's Complaint is not extended. This motion is based on the concurrently filed Declaration
11  of Katherine C. Huibonhoa and all records and papers on file in the above-captioned proceeding.

DATED: June 7, 2011           PAUL, HASTINGS, JANOFSKY & WALKER LLP


                              By:      /s/ Katherine C. Huibonhoa
                                       Katherine C. Huibonhoa


                              Attorneys for Defendants
                              O'MELVENY & MYERS LLP


PURSUANT TO THE GRANTING OF THE MOTION, IT IS SO ORDERED.

DATED: June 14, 2011          _____

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:11-CV-00892-EMC          -1-          MOTION FOR ORDER ENLARGING TIME
LEGAL_US_W # 68149738.2                           AND [PROPOSED] ORDER