PAUL W. CANE, JR. (SB# 100458)
paulcane@paulhastings.com
KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuibonhoa@paulhastings.com
Y. ANGELA LAM (SB# 268718)
angelalam@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Defendant
O'MELVENY & MYERS LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINA KANBAR, Individually and On Behalf of All Persons Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>O'MELVENY & MYERS, and DOES 1 - 15, INCLUSIVE,<br><br>Defendants. | CASE NO. 3:11-CV-00892-EMC<br><br>**DEFENDANT O'MELVENY & MYERS LLP'S MOTION AND [PROPOSED] ORDER FOR RELIEF FROM CASE MANAGEMENT SCHEDULE PURSUANT TO CIVIL LOCAL RULE 16-2(D)** |

IT IS HEREBY REQUESTED by defendant O'Melveny & Myers LLP ("OMM"), through its respective undersigned counsel of record, that the case management deadlines and Initial Case Management Conference be continued until after the issuance of an order on OMM's Motion to Compel Arbitration and Stay This Action.

This motion is made pursuant to Civil Local Rules 16-2(d) and 7-11 and this Court's Civil Standing Order on the grounds that OMM has filed a Motion to Compel Arbitration and Stay This Action. OMM submits that good cause exists for continuing the case management deadlines and Initial Case Management Conference, and prejudice will result if the continuance is denied. A continuance will best preserve judicial and party resources, as the pending Motion to Compel Arbitration and Stay This Action could obviate the need for an Initial Case Management Conference and the parties' conferring and exchanging information under Federal Rule of Civil Procedure 26. Denying the continuance will prejudice OMM by forcing it to expend resources engaging in discovery and other litigation activities, despite its position that arbitration is the proper forum for this dispute based on Plaintiff Paulina Kanbar's ("Plaintiff") agreement to arbitrate. Indeed, such activities will be duplicative of the discovery and other procedural activities related to the arbitration proceedings. This motion is based on the concurrently filed Declaration of Katherine C. Huibonhoa and all records and papers on file in this proceeding.

Counsel for OMM has conferred with counsel for Plaintiff, but Plaintiff's counsel refused to stipulate to the relief requested.

The following is a proposed revised case management schedule based upon the issuance of an order on OMM's Motion to Compel Arbitration and Stay This Action:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Meet and Confer per FRCP 26(f)<br>File ADR Certification | June 22, 2011 | 14 days after order is issued |

Case No. 3:11-cv-00892-EMC
LEGAL_US_W # 68322337.3

-1-

MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Complete Initial Disclosures<br>File Rule 26(f) Objections<br>File Case Management Conference Statement | July 6, 2011 | 28 days after order is issued |
| Initial Case Management Conference | July 15, 2011 | First Friday that is 35 days after an order is issued |

DATED: June 17, 2011              PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: /s/          Katherine C. Huibonhoa
                 Katherine C. Huibonhoa

Attorneys for Defendant
O'MELVENY & MYERS LLP

1  ORDER

2  PURSUANT TO THE GRANTING OF THE MOTION, IT IS SO ORDERED.

3

4

5

6  DATED: _____, 2011  _____

7  Edward M. Chen
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:11-cv-00892-EMC
LEGAL_US_W # 68322337.3
-3-
MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE