1  PAUL W. CANE, JR. (SB# 100458)
   paulcane@paulhastings.com
2  KATHERINE C. HUIBONHOA (SB# 207648)
   katherinehuibonhoa@paulhastings.com
3  Y. ANGELA LAM (SB# 268718)
   angelalam@paulhastings.com
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
5  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
6  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
7
   Attorneys for Defendant
8  O'MELVENY & MYERS LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINA KANBAR, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> O'MELVENY & MYERS, and DOES 1-15, INCLUSIVE, <br><br> Defendants. | CASE NO. 3:11-CV-00892-EMC <br><br> **DECLARATION OF KATHERINE C. HUIBONHOA IN SUPPORT OF DEFENDANT O'MELVENY & MYERS LLP'S MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE PURSUANT TO CIVIL LOCAL RULE 16-2(D)** |

Case No. 3:11-CV-00892-EMC
LEGAL_US_W # 68322997.1

DECL. OF K. HUIBONHOA ISO MOTION
FOR RELIEF FROM CASE MGMT SCHED.

1       I, KATHERINE C. HUIBONHOA, declare:

2       1.    I am a partner with the law firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), the attorneys of record for defendant O'MELVENY & MYERS LLP ("OMM") in the above-captioned action, and am admitted to practice before this Court. Except as otherwise indicated, I have personal knowledge of the facts set forth in this Declaration and, if called upon to do so, could and would testify competently about them.

      2.    OMM requests that the Court, for good cause and to prevent the prejudice that would result from a denial, continue the case management deadlines and Initial Case Management Conference until after this Court issues an order concerning OMM's Motion to Compel Arbitration and Stay This Action. A continuance will best preserve judicial and party resources, as the pending Motion to Compel Arbitration and Stay This Action could obviate the need for an Initial Case Management Conference and the parties' conferring and exchanging information under Federal Rule of Civil Procedure 26. Denying the continuance will prejudice OMM by forcing it to expend resources engaging in discovery and other litigation activities, despite its position that arbitration is the proper forum for this dispute based on Plaintiff Paulina Kanbar's ("Plaintiff") agreement to arbitrate. Indeed, such activities will be duplicative of the discovery and other procedural activities related to the arbitration proceedings.

      3.    On June 8, 2011, I emailed Plaintiff's counsel, Pamela Y. Price and Jacquelyn M. Lindsey, asking whether they would stipulate to continuing the Initial Case Management Conference and related case management deadlines. On June 14, I contacted counsel again by telephone and email to renew the request. On June 16, Ms. Lindsey notified me by telephone and email that they would not stipulate to a continuance.

Case No. 3:11-CV-00892-EMC
LEGAL_US_W # 68322997.1

-1-

DECL. OF K. HUIBONHOA ISO MOTION
FOR RELIEF FROM CASE MGMT SCHED.

1  I declare, under penalty of perjury under the laws of California and the United States, that
2  the foregoing is true and correct.
3  Executed on June /7, 2011 at San Francisco, California.

_____
KATHERINE C. HUIBONHOA

Case No. 3:11-CV-00892-EMC
LEGAL_US_W # 68322997.1

-2-

DECL. OF K. HUIBONHOA ISO MOTION
FOR RELIEF FROM CASE MGMT SCHED.