UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PAULINA KANBAR, Individually
and On Behalf of All Persons
Similarly Situated,
        Plaintiff(s),

v.

O'MELVENY & MYERS, and DOES
1-15, INCLUSIVE
        Defendant(s).

Case No.: C11-00892-EMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: June 22, 2011

                        Martin S. Checov, General Counsel
                        [Party] O'Melveny & Myers LLP

Dated: June 22, 2011

                        [Counsel] Katherine C. Huibonhoa

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05