UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PAULINA KANBAR, Individually
and On behalf of All Persons
Similarly Situated.

CASE NO. C11-00892-EMC

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

O'MELVENY & MYERS, and
DOES 1-15, INCLUSIVE

Defendant(s).

Counsel report that they have met and conferred regarding ADR and that they:

- [x] have not yet reached an agreement to an ADR process * (See attached)
- [ ] request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference: July 15, 2011

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|--------------------|-----------|----------------|
|      |                    |           |                |
|      |                    |           |                |
|      |                    |           |                |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: _____

Attorney for Plaintiff

Dated: _____

Attorney for Defendant

Rev 12.05 | When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

\* Defendant O'Melveny & Myers has filed a motion to compel arbitration, which is set for hearing by the Court on July 15, 2011. Plaintiff Paulina Kanbar has opposed the motion. The parties met and conferred on June 22, 2011 regarding other ADR options but were not able to reach agreement as to an ADR process. Prior to the filing of this lawsuit, the parties conferred extensively regarding ADR, engaged in a mediation session, and commenced (but did not complete) binding arbitration.