UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAULINA KANBAR,

        Plaintiff,

    v.

O'MELVENY & MEYERS,

        Defendant.
_____/

No. C-11-0892 EMC

**ORDER RE SUPPLEMENTAL BRIEFING**

    Defendant has filed a motion to compel arbitration, which is set for hearing on July 15, 2011. One of the arguments made by Defendant is that Plaintiff waived her right to challenge the arbitration agreement. The Court orders the parties to provide supplemental briefing on the following issue: whether a waiver can be attributed to an individual based on the actions of an agent, in particular, where that agent is the individual's attorney.

    Each party's supplemental brief shall be no longer than five (5) pages and shall be filed by July 6, 2011.

    IT IS SO ORDERED.

Dated: June 29, 2011

                                               _____
                                               EDWARD M. CHEN
                                               United States District Judge