PAUL W. CANE, JR. (SB# 100458)
paulcane@paulhastings.com
KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuibonhoa@paulhastings.com
Y. ANGELA LAM (SB# 268718)
angelalam@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
O'MELVENY & MYERS LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINA KANBAR, Individually and On Behalf of All Persons Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>O'MELVENY & MYERS, and DOES 1 - 15, INCLUSIVE,<br><br>Defendants. | CASE NO. 3:11-CV-00892-EMC<br><br>**NOTICE OF NAME CHANGE OF DEFENDANT'S COUNSEL'S LAW FIRM**<br><br>Judge: Hon. Edward M. Chen |

1  To the Clerk of the Court, plaintiff Paulina Kanbar and plaintiff's attorney of
2  record:
3
4  PLEASE TAKE NOTICE that Paul, Hastings, Janofsky & Walker LLP, counsel
5  for defendant O'Melveny & Myers LLP, is now known as Paul Hastings LLP. Paul Hastings
6  LLP is the successor in interest to Paul, Hastings, Janofsky & Walker LLP.

DATED: July 26, 2011                    PAUL HASTINGS LLP

                                        By:  /s/ Katherine C. Huibonhoa
                                             KATHERINE C. HUIBONHOA

                                        Attorneys for Defendant
                                        O'MELVENY & MYERS LLP

LEGAL_US_W # 68685526.1

---

Case No. 3:11-cv-00892-EMC    -1-    NOTICE OF NAME CHANGE OF DEFENDANT'S COUNSEL'S LAW FIRM