PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JOSE F. VERGARA, ESQ. (STATE BAR NO. 251342)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA 94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela.price@pypesq.com
E-mail: jvergara@pypesq.com

Attorneys for Plaintiff
PAULINA KANBAR

PAUL W. CANE, JR. (SB# 100458)
Paulcane@paulhastings.com
KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuinbonhoa@paulhastings.com
Y. ANGELA LAM (SB# 268718)
angelalam@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
O'MELVENY & MYERS LLP

[Refer to signature page for complete list of parties represented]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINA KANBAR, Individually and On Behalf of All Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>O'MELVENY & MYERS, and DOES 1 - 15, INCLUSIVE,<br><br>Defendants. | CASE NO. 3:11-CV-00892-EMC<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND [P~~ROPO~~SED] ORDER**<br><br>DATE: FEBRUARY 24, 2012<br>TIME: 9:00 A.M.<br>CTRM: 8, 19TH FLOOR<br><br>HON. EDWARD M. CHEN |

Pursuant to Civil L.R. 16-10(d), the parties to the above entitled action certify that they met and conferred at least 10 days prior to the subsequent case management conference scheduled in this case and jointly submit this Supplemental Case Management Statement and Proposed Order and request the Court to adopt it as a Supplemental Case Management Order in this case.

## DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENT

The following progress and changes have occurred since the last case management statement filed in this case:

1. On January 10, 2012, Plaintiff's counsel sent a letter to Defendant's counsel in an attempt to have Defendant agree to pursue arbitration with an arbitrator from the American Arbitration Association and start the arbitration process anew rather than continue the arbitration before the Hon. Walter P. Capaccioli (ret.) at JAMS. Plaintiff proposed the names of Frank Silver and Barry Winograd as possible arbitrators.

2. On January 17, 2012, Defendant's counsel sent a letter in response to Plaintiff's proposal, reiterating that arbitration should continue before Justice Capaccioli per the parties' July 27, 2010 Stipulation For Arbitration and Selection of Arbitrators, which the Court referenced in the July 21, 2011 Order Granting Defendant's Motion to Compel Arbitration. Nevertheless, Defendant stated that it would consider proceeding before other arbitrators at JAMS.

3. On February 6, 2012, Plaintiff's counsel responded to the January 17 letter by Defendant's counsel. This time, Plaintiff's counsel proposed the names of Michael J. Loeb, Esq., and the Hon. Scott Snowden (ret.) as possible arbitrators. They are both associated with JAMS.

4. On February 13, 2012, Defendant's counsel sent a response, agreeing to arbitration at JAMS with the Hon. Scott Snowden, on the condition that the discovery and proceedings already underway, or completed, before Justice Capaccioli remain valid and binding on the parties. This would include the deposition and document discovery in which the parties engaged, and the terms of the October 4, 2010 Scheduling Order from Justice Capaccioli. The scheduling order would be subject to modification of hearing and associated dates.

5. On February 15, 2012, counsel for both parties met and conferred further by

1  phone. They agreed that they will proceed with arbitrating this matter at JAMS before Judge Snowden
2  as the mutually agreed arbitrator, at a date to be agreed upon by the parties in the future. They also
3  agreed that the discovery and proceedings already underway or completed before Judge Capaccioli will
4  remain valid and binding on the parties, including the deposition and document discovery in which the
5  parties engaged, and the October 4, 2010 Scheduling Order in regard to all its terms (subject to
6  modification of hearing and associated dates).

7        6.      Pursuant to Civil L.R. 710, the parties hereby apply for an Order continuing the
8  Case Management Conference for ninety (90) days to allow the parties an opportunity to complete the
9  arbitration ordered by the Court.

10 Dated: February 17, 2012                                    PRICE AND ASSOCIATES

12                                                      /S/ *Jose F. Vergara*
                                                    JOSE F. VERGARA, Attorneys for Plaintiff
13                                                     PAULINA KANBAR, Individually and
                                                    On Behalf of All Persons Similarly Situated

15 Dated: February 17, 2012                                    PAUL HASTINGS, LLP

17                                                    /S/ *Katherine C. Huibonhoa*
                                                   KATHERINE C. HUIBONHOA, Attorneys for
                                                   Defendant O'MELVENY & MYERS

19 PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JOSE F. VERGARA, ESQ. (STATE BAR NO. 251342)
20 PRICE AND ASSOCIATES
A Professional Law Corporation
21 901 Clay Street
Oakland, CA 94607
22 Telephone: (510) 452-0292
Facsimile: (510) 452-5625
23 E-mail: pamela.price@pypesq.com
E-mail: jvergara@pypesq.com
24
SIMONA A. FARRISE, LL.M (STATE BAR NO. 171708)
25 FARRISE FIRM, P.C.
225 S. Olive Street, Suite 102
26 Los Angeles, CA 90064
Telephone: (310) 424-3355
27 Facsimile: (510) 588-4536
E-mail: sfarriselaw@farriselaw.com
28

1190P200JFV

-3-
SUPPLEMENTAL CASE MANAGEMENT STATEMENT (3:11-CV-00892-EMC )

1  SHARON J. ARKIN (STATE BAR NO. 154858)
2  THE ARKIN LAW FIRM
   333 S. Grand Avenue 25th Floor
3  Los Angeles, CA 90071
   Telephone: (541) 469-2892
4  Facsimile: (866) 571-5676
   E-mail: sarkin@arkinlawfirm.com
5
   Attorneys for Plaintiff
6  PAULINA KANBAR

7

8  PAUL W. CANE, JR. (SB# 100458)
   Paulcane@paulhastings.com
9  KATHERINE C. HUIBONHOA (SB# 207648)
   katherinehuinbonhoa@paulhastings.com
10 Y. ANGELA LAM (SB# 268718)
   angelalam@paulhastings.com
11 PAUL HASTINGS LLP
   55 Second Street
12 Twenty-Fourth Floor
   San Francisco, CA 94105-3441
13 Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
14
   Attorneys for Defendant
15 O'MELVENY & MYERS LLP

16 _____

17

18

19

20

21

22

23

24

25

26

27

28

-4-
SUPPLEMENTAL CASE MANAGEMENT STATEMENT (3:11-CV-00892-EMC )

1 **[PROPOSED] ORDER**

2   The Court having read the Joint Case Management Statement and request for an Order
3 continuing the Case Management Conference, and good cause appearing, therefore, the Court orders
4 that the Case Management Conference shall be continued from February 24, 2012 to
5 May 25, 2012 at 9:00 a.m.

6   **IT IS SO ORDERED**

7
8 Dated: 2/22/12



IT IS SO ORDERED
Judge Edward M. Chen