PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JOSE F. VERGARA, ESQ. (STATE BAR NO. 251342)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA 94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela.price@pypesq.com
E-mail: jvergara@pypesq.com

Attorneys for Plaintiff
PAULINA KANBAR

PAUL W. CANE, JR. (SB# 100458)
Paulcane@paulhastings.com
KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuinbonhoa@paulhastings.com
Y. ANGELA LAM (SB# 268718)
angelalam@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
O'MELVENY & MYERS LLP

[Refer to signature page for complete list of parties represented]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINA KANBAR, Individually and On Behalf of All Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>O'MELVENY & MYERS, and DOES 1 - 15, INCLUSIVE,<br><br>Defendants. | CASE NO. 3:11-CV-00892-EMC<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND [PR<s>OPO</s>SED] ORDER**<br><br>DATE:    MAY 25, 2012<br>TIME:    9:00 A.M.<br>CTRM:   8, 19TH FLOOR<br><br>HON. EDWARD M. CHEN |

Pursuant to Civil L.R. 16-10(d), the parties to the above entitled action certify that they met and conferred at least 10 days prior to the subsequent case management conference scheduled in this case and jointly submit this Supplemental Case Management Statement and Proposed Order and request the Court to adopt it as a Supplemental Case Management Order in this case.

## **DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENT**

The following progress and changes have occurred since the last case management statement filed in this case:

1. Pursuant to a request by the parties, on May 4, 2012, JAMS provided written notice of the appointment of the Hon. Scott Snowden (Ret.) as the arbitrator in this matter. A true and correct copy of the May 4, 2012 notice appointing the Hon. Scott Snowden (Ret.) as arbitrator is attached hereto as Exhibit A.

2. A preliminary arbitration management conference has been scheduled with Judge Snowden for May 23, 2012. The parties expect an arbitration hearing date to be confirmed at that time.

3. Pursuant to Civil L.R. 710, the parties hereby apply for an Order continuing the Case Management Conference for ninety (90) days.

Dated: May 18, 2012                              PRICE AND ASSOCIATES

                                                               /S/ *Jose F. Vergara*
JOSE F. VERGARA, Attorneys for Plaintiff
PAULINA KANBAR, Individually and
On Behalf of All Persons Similarly Situated

Dated: May 18, 2012                              PAUL HASTINGS, LLP

                                                               /S/ *Katherine C. Huibonhoa*
KATHERINE C. HUIBONHOA, Attorneys for
Defendant O'MELVENY & MYERS

1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   JOSE F. VERGARA, ESQ. (STATE BAR NO. 251342)
2  PRICE AND ASSOCIATES
   A Professional Law Corporation
3  901 Clay Street
   Oakland, CA 94607
4  Telephone: (510) 452-0292
   Facsimile: (510) 452-5625
5  E-mail: pamela.price@pypesq.com
   E-mail: jvergara@pypesq.com
6
7  SIMONA A. FARRISE, LL.M (STATE BAR NO. 171708)
   FARRISE FIRM, P.C.
8  225 S. Olive Street, Suite 102
   Los Angeles, CA 90064
9  Telephone: (310) 424-3355
   Facsimile: (510) 588-4536
10 E-mail: sfarriselaw@farriselaw.com

11

12 SHARON J. ARKIN (STATE BAR NO. 154858)
   THE ARKIN LAW FIRM
13 333 S. Grand Avenue 25th Floor
   Los Angeles, CA 90071
14 Telephone: (541) 469-2892
   Facsimile: (866) 571-5676
15 E-mail: sarkin@arkinlawfirm.com

16 Attorneys for Plaintiff
   PAULINA KANBAR
17

18 PAUL W. CANE, JR. (SB# 100458)
   Paulcane@paulhastings.com
19 KATHERINE C. HUIBONHOA (SB# 207648)
   katherinehuinbonhoa@paulhastings.com
20 Y. ANGELA LAM (SB# 268718)
   angelalam@paulhastings.com
21 PAUL HASTINGS LLP
   55 Second Street
22 Twenty-Fourth Floor
   San Francisco, CA 94105-3441
23 Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
24
   Attorneys for Defendant
25 O'MELVENY & MYERS LLP

26

27 ⎯⎯⎯⎯⎯

28

1  **[PROPOSED] ORDER**

2     The Court having read the Joint Case Management Statement and request for an Order
3  continuing the Case Management Conference, and good cause appearing, therefore, the Court orders
4  that the Case Management Conference shall be continued from May 25, 2012 to
5  August 24, 2012 at 9:00 a.m._____.

6                          **IT IS SO ORDERED**

8  Dated: __May 23, 2012__         _____
9                                   HON. EDWARD M. CHEN
                                     UNITED STATES DISTRICT COURT

