1 | (Counsel listed on next page)

2

3

4

5

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | PAULINA KANBAR, Individually and On Behalf of All Persons Similarly Situated, | CASE NO. 3:11-CV-00892-EMC

12 | Plaintiff, | **JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** (Modified)

13 | vs.

14 | O'MELVENY & MYERS, and DOES 1 - 15, INCLUSIVE, | Date: August 24, 2012
   | Time: 9:00 a.m.
   | Courtroom: 8, 19th Floor
15 | Defendants. | Judge: Hon. Edward M. Chen

16

17–28


1  PAMELA Y. PRICE, ESQ. (SB# 107713)
   PRICE AND ASSOCIATES
2  A Profession Law Corporation
   901 Clay Street
3  Oakland, CA 94607
   Telephone: (510) 452-0292
4  Facsimile: (510) 452-5625
   E-mail: pamela.price@pypesq.com
5
   SIMONA A. FARRISE, LL.M. (SB# 171708)
6  FARRISE FIRM, P.C.
   225 S. Olive Street, Suite 102
7  Los Angeles, CA 90064
   Telephone: (310) 424-3355
8  Facsimile: (510) 588-4536
   E-mail: sfarriselaw@farriselaw.com
9
   SHARON J. ARKIN (SB# 154858)
10 THE ARKIN LAW FIRM
   333 S. Grand Avenue 25th Floor
11 Los Angeles, CA 90071
   Telephone: (541) 469-2892
12 Facsimile: (866) 571-5676
   E-mail: sarkin@arkinlawfirm.com
13
   Attorneys for Plaintiff
14 PAULINA KANBAR

15 PAUL W. CANE, JR. (SB# 100458)
   paulcane@paulhastings.com
16 KATHERINE C. HUIBONHOA (SB# 207648)
   katherinehuibonhoa@paulhastings.com
17 Y. ANGELA LAM (SB# 268718)
   angelalam@paulhastings.com
18 PAUL HASTINGS LLP
   55 Second Street
19 Twenty-Fourth Floor
   San Francisco, CA 94105-3441
20 Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
21
   Attorneys for Defendant
22 O'MELVENY & MYERS LLP

23

24

25

26

27

28

Case No. 3:11-cv-00892-EMC

LEGAL_US_W # 72440631.1

JOINT SUPPLEMENTAL CASE
MANAGEMENT STATEMENT

1   Pursuant to Civil L.R. 16-10(d), the parties to the above entitled action certify that they
2   met and conferred at least 10 days prior to the subsequent case management conference scheduled
3   in this case. The parties jointly submit this Supplemental Case Management Statement and
4   Proposed Order, and request that the Court to adopt it as the Supplemental Case Management
5   Order in this case.

## DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENT

The following progress and changes have occurred since the last case management statement filed in this case:

1. After a preliminary arbitration management conference on May 23, 2012, and a status conference on June 12, 2012, Judge Snowden, as arbitrator in this matter, set the arbitration hearing for December 10-13, 2012. A true and correct copy of the June 12, 2012 notice setting the arbitration hearing date is attached hereto as Exhibit A.

2. Pursuant to Civil L.R. 7-11, the parties hereby apply for an Order continuing the Case Management Conference to December 28, 2012 (two weeks after the completion of the arbitration hearing).

DATED: August 17, 2012        PRICE AND ASSOCIATES

                              By:    s/        Pamela Y. Price
                                              Pamela Y. Price

                              Attorneys for Plaintiff
                              PAULINA KANBAR

DATED: August 17, 2012        PAUL HASTINGS LLP

                              By:    s/      Katherine C. Huibonhoa
                                            Katherine C. Huibonhoa

                              Attorneys for Defendant
                              O'MELVENY & MYERS LLP

1 **[PROPOSED] ORDER**

3  The Court having read the Joint Supplemental Case Management Statement and request for an order continuing the Case Management Conference, and good cause appearing, the Court orders that the Case Management Conference shall be continued from August 24, 2012 to January 4, 2013 at 9:00 a.m. An updated joint CMC Statement shall be filed by December 28, 2012.

**IT IS SO ORDERED.**

Dated: August 20, 2012

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Case No. 3:11-cv-00892-EMC         -3-         [PROPOSED] ORDER
LEGAL_US_W # 72440631.1