1 (Counsel listed on next page)

2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 PAULINA KANBAR, Individually and On Behalf of All Persons Similarly Situated,<br>12<br>Plaintiff,<br>13<br>vs.<br>14<br>O'MELVENY & MYERS, and DOES 1 - 15, INCLUSIVE,<br>15<br>16 Defendants. | CASE NO. 3:11-CV-00892-EMC<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND [P~~ROPO~~SED] ORDER**<br><br>Date: January 3, 2012<br>Time: 9:00 a.m.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

17
18
19
20
21
22
23
24
25
26
27
28

PAMELA Y. PRICE, ESQ. (SB# 107713)
pamela.price@pypesq.com
PRICE AND ASSOCIATES
A Profession Law Corporation
901 Clay Street
Oakland, CA 94607
Telephone:  (510) 452-0292
Facsimile:  (510) 452-5625

SIMONA A. FARRISE, LL.M. (SB# 171708)
sfarriselaw@farriselaw.com
CARLA V. MINNARD (SB# 176015)
cminnard@farriselaw.com
THE FARRISE FIRM, P.C.
Telephone:  (800) 748-6186
Facsimile:  (510) 588-4536

SHARON J. ARKIN (SB# 154858)
sarkin@arkinlawfirm.com
THE ARKIN LAW FIRM
225 S. Olive Street, Suite 102
Los Angeles, CA 90012
Telephone:  (541) 469-2892
Facsimile:  (866) 571-5676

Attorneys for Plaintiff
PAULINA KANBAR

PAUL W. CANE, JR. (SB# 100458)
paulcane@paulhastings.com
KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuibonhoa@paulhastings.com
Y. ANGELA LAM (SB# 268718)
angelalam@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Defendant
O'MELVENY & MYERS LLP

Pursuant to Civil L.R. 16-10(d), the parties to the above entitled action certify that they met and conferred at least 10 days prior to the subsequent case management conference scheduled in this case. The parties jointly submit this Supplemental Case Management Statement and Proposed Order, and request that the Court to adopt it as the Supplemental Case Management Order in this case.

## **DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENT**

The following progress and changes have occurred since the last case management statement filed in this case:

1. On October 2, 2012, Plaintiff requested a 30-day continuance of the arbitration hearing, which was then set for December 10-13, 2012. Hon. Scott Snowden (Ret.), arbitrator in this matter, granted the continuance and reset the arbitration hearing for January 22-25, 2013. A true and correct copy of the October 12, 2012 notice setting the arbitration hearing date is attached hereto as Exhibit A.

2. Pursuant to Civil L.R. 7-11, the parties hereby apply for an Order continuing the Case Management Conference to March 25, 2013 (60 days after the completion of the arbitration hearing; the parties will receive the Arbitrator's award within 30 days of the hearing's completion).

DATED: December 20, 2012   PRICE AND ASSOCIATES

By:   s/   Pamela Y. Price
           Pamela Y. Price

Attorneys for Plaintiff
PAULINA KANBAR

DATED: December 20, 2012   PAUL HASTINGS LLP

By:   s/   Katherine C. Huibonhoa
           Katherine C. Huibonhoa

Attorneys for Defendant
O'MELVENY & MYERS LLP

1 **[PROPOSED] ORDER**

3   The Court having read the Joint Supplemental Case Management Statement and request
for an order continuing the Case Management Conference, and good cause appearing, the Court
orders that the Case Management Conference shall be continued from January 3, 2013 to
__March 28, 2013 at 9:00 a.m.____.

**IT IS SO ORDERED.**

Dated: ___1/2/13_____     _____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*