1 (Counsel listed on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINA KANBAR, Individually and On Behalf of All Persons Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>O'MELVENY & MYERS, and DOES 1 - 15, INCLUSIVE,<br><br>Defendants. | CASE NO. 3:11-CV-00892-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**<br><br>Judge: Hon. Edward M. Chen |

| | |
|---|---|
| 1 | PAMELA Y. PRICE, ESQ. (SB# 107713) |
|  | pamela.price@pypesq.com |
| 2 | PRICE AND ASSOCIATES |
|  | A Profession Law Corporation |
| 3 | 901 Clay Street |
|  | Oakland, CA 94607 |
| 4 | Telephone: (510) 452-0292 |
|  | Facsimile: (510) 452-5625 |
| 5 | |
|  | SIMONA A. FARRISE, LL.M. (SB# 171708) |
| 6 | sfarriselaw@farriselaw.com |
|  | CARLA V. MINNARD (SB# 176015) |
| 7 | cminnard@farriselaw.com |
|  | THE FARRISE FIRM, P.C. |
| 8 | Telephone: (800) 748-6186 |
|  | Facsimile: (510) 588-4536 |
| 9 | |
|  | SHARON J. ARKIN (SB# 154858) |
| 10 | sarkin@arkinlawfirm.com |
|  | THE ARKIN LAW FIRM |
| 11 | 225 S. Olive Street, Suite 102 |
|  | Los Angeles, CA 90012 |
| 12 | Telephone: (541) 469-2892 |
|  | Facsimile: (866) 571-5676 |
| 13 | |
|  | Attorneys for Plaintiff |
| 14 | PAULINA KANBAR |
| 15 | PAUL W. CANE, JR. (SB# 100458) |
|  | paulcane@paulhastings.com |
| 16 | KATHERINE C. HUIBONHOA (SB# 207648) |
|  | katherinehuibonhoa@paulhastings.com |
| 17 | Y. ANGELA LAM (SB# 268718) |
|  | angelalam@paulhastings.com |
| 18 | PAUL HASTINGS LLP |
|  | 55 Second Street |
| 19 | Twenty-Fourth Floor |
|  | San Francisco, CA 94105-3441 |
| 20 | Telephone: (415) 856-7000 |
|  | Facsimile: (415) 856-7100 |
| 21 | |
|  | Attorneys for Defendant |
| 22 | O'MELVENY & MYERS LLP |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Paulina Kanbar ("Plaintiff") and Defendant O'Melveny & Myers LLP ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on February 24, 2011, Plaintiff filed with the Court her Complaint, Case No. 3:11-CV-00892-EMC (the "Lawsuit");

WHEREAS, Plaintiff seeks to dismiss the Lawsuit with prejudice, with each party to bear their respective attorneys' fees, costs, and expenses;

THEREFORE, pursuant to the parties' agreement, the Lawsuit shall be and hereby is dismissed with prejudice, with each party to bear their respective attorneys' fees, costs, and expenses. This Stipulation may be executed in counterparts and by e-mail or facsimile, each of which taken together constitutes the original.

DATED: January 28, 2013

PRICE AND ASSOCIATES

By: /s/ Pamela Y. Price
Pamela Y. Price

Attorneys for Plaintiff
PAULINA KANBAR

DATED: February 4, 2013

PAUL HASTINGS LLP

By: /s/
Katherine C. Huibonhoa

Attorneys for Defendant
O'MELVENY & MYERS LLP

Case No. 3:11-cv-00892-EMC
LEGAL_US_W # 74025006.1

-1-

STIPULATION AND ORDER FOR DISMISSAL

**ORDER**

Pursuant to the parties' Stipulation and good cause appearing therefor, the Lawsuit (*i.e.* Case No. 3:11-CV-00892-EMC), shall be and hereby is dismissed with prejudice. Each party shall bear their respective attorneys' fees, costs, and expenses.

IT IS SO ORDERED.

Dated: February 6, 2013



_____
Edward M. Chen
District Judge